UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.: 1:17-cv-07184-MKB-VMS

PAUL REIFFER,

      Plaintiff,

v.

STANDARD FIDUCIARY CONSULTING LLC,

      Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff PAUL REIFFER, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: February 16, 2018

                                      */s/Jonah A. Grossbardt*
                                      JONAH A. GROSSBARDT
                                      ED Bar Number JG5854
                                      jonah.grossbardt@sriplaw.com
                                      JOEL B. ROTHMAN
                                      ED Bar Number JR0352
                                      joel.rothman@sriplaw.com

                                      **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
                                      4651 N. Federal Hwy
                                      Boca Raton, FL 33431
                                      561.404.4350 – Telephone
                                      561.404.4353 – Facsimile

                                      *Counsel for Plaintiff Paul Reiffer*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on February 16, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                      */s/Jonah A. Grossbardt*
                                      JONAH A. GROSSBARDT

## SERVICE LIST

Ms. Lidia D. Syskisz
Gauntlett & Associates
18400 Von Karman
Suite 300
Irvine, CA 92612
Attorney for Standard Fiduciary Consulting LLC